# RAYMOND NARDO, P.C.
ATTORNEY AT LAW
129 THIRD STREET, MINEOLA, NY 11501

PHONE: (516) 248-2121 | FAX: (516) 742-7675 | EMAIL: RAYMONDNARDO@GMAIL.COM

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　　September 26, 2019

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

　　　　Re:　**Sanchez, et al. v. 191 East 161st Street Corp., et al.**
　　　　　　　*Case Number 19-cv-3440 (GHW)*

Dear Judge Woods:

　　　　I represent the Defendants in the above matter, in which an initial conference is scheduled for October 3, 2019 at 12:00pm.  On the scheduled date, I am arbitrating an American Arbitration Association matter in Port Washington, New York, in the matter of *Candemeres v. Power Home Remodeling, LLC.*  Consequently, I am requesting to adjourn the initial conference until one of the following dates:  November 18, in the afternoon , November 19, November 20, until 3:00pm, or November 21, 2019.  My adversary has graciously consented to this request.  The parties will file a Civil Case Management Plan and Scheduling Order one week prior to the initial conference..

Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

SAMUEL & STEIN　　　　　　　　　　　　　　　RAYMOND NARDO, P.C.
*Attorneys for Plaintiffs*　　　　　　　　　　　　　*Attorney for Defendants*


By: ____/s/_____　　　　　　　　　By: _____/s/_____
　　David Stein　　　　　　　　　　　　　　　　　Raymond Nardo
　　38 West 32nd St., #1110　　　　　　　　　　129 Third Street
　　New York, NY 10001　　　　　　　　　　　　Mineola, NY 11501