**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BERNARDO SANCHEZ, *on behalf of himself and all others similarly situated*,<br><br>          Plaintiffs,<br><br>    – vs. –<br><br>191 EAST 161ST STREET CORP. d/b/a SHERIDAN MARKET and AYAD NASSER,<br><br>          Defendants. | DOCKET NO. 19-cv-3440 (GHW)<br><br>**JUDGMENT** |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 4, 2020; and Defendants 191 East 161st Street Corp. d/b/a Sheridan Market and Ayad Nasser having offered Plaintiff Bernardo Sanchez and Opt-In Plaintiff Idael Sanchez Martinez to take a judgment against them; it is

    **ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Bernardo Sanchez and Opt-In Plaintiff Idael Sanchez Martinez and against Defendants 191 East 161st Street Corp. d/b/a Sheridan Market and Ayad Nasser, jointly and severally, in the sum of $150,000 (One Hundred Fifty Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:  February _____, 2020

                                       _____
                                       Hon. Gregory H. Woods, U.S.D.J.