**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BERNARDO SANCHEZ, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>– vs. –<br><br>191 EAST 161ST STREET CORP. d/b/a SHERIDAN MARKET and AYAD NASSER,<br><br>Defendants. | DOCKET NO. 19-cv-3440 (GHW)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 4, 2020; and Defendants 191 East 161st Street Corp. d/b/a Sheridan Market and Ayad Nasser having offered Plaintiff Bernardo Sanchez and Opt-In Plaintiff Idael Sanchez Martinez to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Bernardo Sanchez and Opt-In Plaintiff Idael Sanchez Martinez and against Defendants 191 East 161st Street Corp. d/b/a Sheridan Market and Ayad Nasser, jointly and severally, in the sum of $150,000 (One Hundred Fifty Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs, terminate all pending motions and deadlines, and close the case.

Dated: February 7, 2020

_____
Hon. Gregory H. Woods, U.S.D.J.